UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KURTULUS KALICAN

V.                                                                      CIVIL NO:

PAUL NARDUCCI Et al.

**PLAINTIFF**                                              **DEFENDANTS**

Kurtulus Kalican                                        Paul Narducci

                                                          Theresa Ferryman



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KURTULUS KALICAN

V.                                           Civil No:

PAUL NARDUCCI Et al.

## CIVIL COMPLAINT WITH JURY DEMAND

This is a civil rights action filed by, Kurtulus Kalican, a state prisoner, for injunctive relief and monetary damages pursuant to U.S.C § 1983. Alleging that the defendants knowingly, willfully, and purposely violated the plaintiff's rights to equal protection under the law and due process right that caused injury to and continues to cause injury to the plaintiff.

### I. Jurisdiction

1. This court has jurisdiction over the plaintiff's claims under Title 42 U.S.C. § 1983.

### II. Parties

2. The plaintiff, Kurtulus Kalican was a State prisoner during the events alleged within this complaint.
3. The defendant, Paul Narducci, was the Assistant States Attorney in State of Conn. v. Kurtulus Kalican.
4. The defendant Theresa Ferryman, was the prosecutor for the State in the same. ibid.
5. Each defendant is being sued in his/her official and individual capacities.
6. The defendants acted and continue to act under color of State Law at all times relevant to this complaint.

7. The plaintiff was arrested and charged with Murder, attempt to commit murder, First degree assault, Carrying a pistol without a permit, and a violation of a protective order on 9/22/23.

8. The plaintiff had his wallet on him at the time of his arrest containing inter alia, his drivers license, social security card, and cash money.

9. The plaintiff was convicted of lessor charges following a trial by jury.

10. The plaintiff is currently incarcerated.

11. Despite muliple requests by the plaintiff for his wallet and it's contents to be turned over to him via the Dept of Correction the defendants have never turned over the plaintiff's property following the conclusion of his trial.

12. Pursuant to prosedure a JDS-ES-178 Personal Property receipt/transfer Acknowledgement form should have been filled out invoicing the plaintiff's property and then turned over too the DOC. The defendants never returned it.

13. This has caused and continues to cause injury to the plaintiff.

14. The plaintiff needs his documents in order to open a bank account so that he can receive his pension benefits.

15. The plaintiff further alleges that he has concerns over what the defendants are doing with his personal information.

16. The plaintiff believes that the defendants have withheld the documents due to their personal distain for the plaintiff.

17. The plaintiff alleges that the defendants have failed to comply with the procedures put in place the plaintiff's equal protection under the law and his due process rights.

## Request for Relief

The plaintiff requests that this court order the following injunctive relief.

18. That this court order the defendant to immediately return his property.

19. That the court order compensatory damages in the amount of $50,000.00

20. That this court award any other damages that this court deems fair, just, and equitable.

Respectfully Submitted,

*Kurt Kalican*

Kurtulus Kalican 314840
MacDougall C.I.
1153 East St. South
Suffield Ct. 06080